**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2368

DEREK N. JARVIS,

             Plaintiff - Appellant,

      v.

THE PAPER SOURCE,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.  (1:12-cv-01454-CMH-TRJ)

Submitted:  February 20, 2014      Decided:  February 25, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek N. Jarvis, Appellant Pro Se.  Thomas Joseph Flaherty, Joon Hwang, LITTLER MENDELSON PC, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order dismissing his civil complaint alleging employment discrimination because he failed to serve Defendant within 120 days of filing his complaint, in violation of Fed. R. Civ. P. 4(m). We find no abuse of discretion by the district court for dismissing the complaint under Rule 4(m). See Shao v. Link Cargo (Taiwan) Ltd., 986 F.2d 700, 708 (4th Cir. 1993) (providing review standard). Finding no reversible error, we affirm for the reasons stated by the district court. Jarvis v. The Paper Source, No. 1:12-cv-01454-CMH-TRJ (E.D. Va. Oct. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED